IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> JOHN ALLEN ROTH, ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 30347, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:24-mc-1354 |

**ORDER**

WHEREAS Attorney John Allen Roth ("Attorney Roth") was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated December 16, 2024, entered in Disciplinary Proceeding Number 117 DB 2024;

WHEREAS, after Attorney Roth was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, this Court issued an Order to Show Cause dated December 17, 2024, which afforded Attorney Roth an opportunity, in accordance with this Court's Local Rules, to show good cause, within 30 days, why an identical and reciprocal order of temporary suspension should not be entered by this Court (ECF #1);

WHEREAS the Order to Show Cause was sent by certified mail to Attorney Roth at an address that he maintains with the Clerk of Court, which, at the time, matched the address maintained by Attorney Roth with the Pennsylvania Disciplinary Board;

WHEREAS Attorney Roth filed no response to the Order to Show Cause; and

WHEREAS this Court entered an order of reciprocal temporary suspension on February 12, 2025 (ECF #2), which order was removed from public view on February 18, 2025 because an incorrect version of the order was docketed in error.

NOW THEREFORE IT IS HEREBY ORDERED that the Order entered on February 12, 2025, ECF #2, is hereby vacated as having been docketed in error;

IT IS ORDERED that Attorney Roth is hereby reciprocally temporarily suspended from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Roth's CM/ECF User Account and identify Attorney Roth as being suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that Attorney Roth must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Roth's CM/ECF User Account will prevent him from filing documents electronically, Attorney Roth will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Roth via First Class Mail at both the mailing address and email address that he maintains with the Clerk of Court, see, e.g., Biros v. Snyder, et al., 2:23-cv-0297, ECF #68 at p. 5, and at the mailing address that he currently maintains with the Pennsylvania Disciplinary Board, i.e., 1307 Ridge Ave., Latrobe, PA 15650, which differs from any address presently registered with this Court.

Date: February 19, 2025        /s/ Mark R Hornak
                               Mark R. Hornak
                               Chief United States District Judge